ANTON MENDL, Appellant, v. ARTHUR E. THOMPSON, Respondent.— Order reversed, with costs, and verdict reinstated, with costs. All concur.

W. MARTIN JONES, JR., Appellant, v. FRED D. BUDD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

FREDERIC J. HOFSCHNEIDER, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of HARRY T. SEYMOUR for a Mandamus Order against JOSEPH H. CONNERS, as Commissioner of Public Works of the City of Fulton, N. Y., and STEVEN MARTIN.— Order affirmed, with costs. All concur.

In the Matter of the Application of HOWARD R. LORISH and CHARLES STOLL-STEIMER for a Certiorari Order against THE TOWN BOARD OF THE TOWN OF TONA-WANDA.— Order of certiorari dismissed and determination of town board of the town of Tonawanda confirmed, with fifty dollars costs and disbursements to defendant. All concur.

JOSEPHINE COSTANZA, Respondent, v. JOSEPH BOVE, as Administrator, etc., of LUIGI CERAVOLO, Deceased, Appellant.— Judgment and order affirmed, with costs. All concur.

E. D. BAKER, Respondent, v. JOSEPH J. CUMMINGS and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

LILLY MAY LA FLAIR, Respondent, v. CARTHAGE NATIONAL BANK, as Administrator, etc., of ELEAZER J. VINIER, Deceased, Appellant.— Orders affirmed, with ten dollars costs and disbursements. All concur.

EDNA M. ROTH, Respondent, v. THERON B. PARK and Another, Defendants, Impleaded with HENRY L. AMES, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. All concur, except Sears, P. J., and Taylor, J., who dissent and vote for affirmance.

BEATRICE H. NORTON, Respondent, v. THERON B. PARK and Another, Defendants, Impleaded with HENRY L. AMES, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. All concur, except Sears, P. J., and Taylor, J., who dissent and vote for affirmance.

HELEN M. TYLER, an Infant, etc., Respondent, v. THERON B. PARK and Another, Defendants, Impleaded with HENRY L. AMES, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. All concur, except Sears, P. J., and Taylor, J., who dissent and vote for affirmance.

MARTHA STRZELICKA, Appellant, v. CHICAGO FRATERNAL LIFE ASSOCIATION, Respondent.— Judgment affirmed, with costs. All concur.

ADDIE H. RHODES, Respondent, v. OCEAN ACCIDENT AND GUARANTEE COR-PORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

STATE BANK OF COMMERCE OF BROCKPORT, N. Y., by JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Appellant, v. HOWARD G. STONE, as Treasurer of the Monroe County Farm and Home Bureau Association, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See 235 App. Div. 888; *ante*, p. 883.]